## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BLAINE DRYDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-CV-01354-KHV-KGS |
| | ) | |
| CITY OF HAYS, KANSAS, | ) | |
| TOBY DOUGHERTY and | ) | |
| JAMES BRAUN, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT CITY OF HAYS, KANSAS' MOTION TO DISMISS

COMES NOW Defendant City of Hays, Kansas ("City"), by and through its undersigned counsel of record, and respectfully moves this Court to issue its Order dismissing the claims raised against the City. Plaintiff's claims should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because they fail to state viable claims upon which relief may be granted. As grounds for its Motion, the City states and alleges to the Court as follows:

1.    This is a lawsuit in which Plaintiff claims he was wrongfully terminated on January 7, 2011.

2.    Plaintiff has raised claims that his termination violated his constitutional rights of free speech and freedom of association. Further, Plaintiff claims his liberty interest was violated as he was denied a "name-clearing" hearing.

3.    Plaintiff has filed his lawsuit suit against Toby Dougherty, City Manager, James Bruan, former Chief of Police, and the City.

4.    Pursuant to Fed. R. Civ. P. 12(b)(6), this Court is empowered to grant the relief sought herein.

5.    The City incorporates herewith its Memorandum in Support of this Motion as though said Memorandum had been set forth at length herein.

O0296207.WPD;1

WHEREFORE, based upon the above and foregoing, Defendant City of Hays, Kansas respectfully prays this Court to issue its Order granting its motion to dismiss and for further relief as this Court deems just and equitable.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

   /s/ Peter Maharry
Jill Waldman, jwaldman@fisherpatterson.com     #19634
Peter Maharry, pmaharry@fisherpatterson.com     #19364
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
(913) 339-6757 / (913) 339-6187 (FAX)

ATTORNEYS FOR DEFENDANTS
CITY OF HAYS, KANSAS, TOBY DOUGHERTY AND
JAMES BRAUN

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Defendant City of Hays, Kansas' Motion to Dismiss* this **15**[th] day of March, 2012, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Steve A. J. Bukaty, #08749
Denise M. Howard, #17740
Kurt E. Drozd
STEVE A.J. BUKATY, CHTD.
8826 Santa Fe Drive, Suite 218
Overland Park, Kansas 66212
(913) 341-1040\Fax: (913) 385-5535
sbukaty@bukatylaw.com
dhoward@bukatylaw.com
kdrozd@bukatylaw.com

**ATTORNEY FOR PLAINTIFF**
**BLAINE DRYDEN**

 /s/ Peter Maharry
ATTORNEYS FOR DEFENDANTS
CITY OF HAYS, KANSAS, TOBY DOUGHERTY AND
JAMES BRAUN

O0296207.WPD;1