IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BLAINE DRYDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-CV-01354-KHV-KGS |
| | ) | |
| CITY OF HAYS, KANSAS, | ) | |
| TOBY DOUGHERTY and | ) | |
| JAMES BRAUN, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT
## OF DEFENDANTS DOUGHERTY AND BRAUN

COME NOW Defendants Toby Dougherty and James Braun and move this Court for an Order based upon the doctrine of qualified immunity, granting them judgment as a matter of law as to all of Plaintiff's claims. In his Complaint, Plaintiff alleges that he was wrongfully terminated from his position of police officer with the City of Hays, Kansas, by Defendants. However, the doctrine of qualified immunity prevents any such claims against Defendants Dougherty and Braun for the following reasons:

1. Defendants Dougherty and/or Braun acted reasonably in terminating Plaintiff given the information and facts known; and

2. Plaintiff cannot establish that any clearly established constitutional right was violated.

3. Plaintiff cannot establish that any action by one or both Defendants violated the law.

4. Defendants file contemporaneously herewith their Memorandum in Support.

WHEREFORE, Defendants Dougherty and Braun respectfully request that this Court enter its Order granting them summary judgment and for further relief as this Court deems just and equitable.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Peter Maharry
Jill Waldman, jwaldman@fisherpatterson.com   #19634
Peter Maharry, pmaharry@fisherpatterson.com   #19364
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757 / (913) 339-6187 (FAX)

ATTORNEYS FOR DEFENDANTS
CITY OF HAYS, KANSAS, TOBY DOUGHERTY AND
JAMES BRAUN

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing *Motion for Summary Judgment of Defendants Dougherty and Braun* this **27th** day of March, 2012, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Steve A. J. Bukaty, #08749
Denise M. Howard, #17740
Kurt E. Drozd
STEVE A.J. BUKATY, CHTD.
8826 Santa Fe Drive, Suite 218
Overland Park, Kansas 66212
(913) 341-1040\Fax: (913) 385-5535
sbukaty@bukatylaw.com
dhoward@bukatylaw.com
kdrozd@bukatylaw.com

**ATTORNEY FOR PLAINTIFF
BLAINE DRYDEN**

                                           /s/ Peter Maharry
                                         ATTORNEYS FOR DEFENDANTS
                                         CITY OF HAYS, KANSAS, TOBY DOUGHERTY AND
                                         JAMES BRAUN